# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA PRINCE,<br><br>   Plaintiff,<br><br>v.<br><br>CARING HEARTS CHILD CARE & LEARNING PLACE, LLC, JOHNSON'S CHRISTIAN DAYCARE, INC., GARY L. JOHNSON, and FRANCIS E. JOHNSON,<br><br>   Defendants. | 8:05CV308<br><br>ORDER |

  This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendants was served with summons on July 14 and July 15, 2005. Apparently, the defendants have failed to timely answer or otherwise respond to the complaint. It remains plaintiff's duty to go forward in prosecuting the case by, for example, obtaining an entry of default and filing a motion for default judgment. There has been no activity in this case since August 11, 2005

  **IT THEREFORE IS ORDERED** that plaintiff is given until **October 31, 2005** to obtain an entry of default and file a motion for default judgment, or take other appropriate action to prosecute this case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

  **DATED October 5, 2005.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**