IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANGELA PRINCE,** | ) | **CASE NO. 4:05CV308** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF RECUSAL** |
| **CARING HEARTS CHILD CARE & LEARNING PLACE, ET AL.,** | ) | |
| Defendants. | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 18th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge