IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| CARING HEARTS CHILD CARE & | ) | REASSIGNMENT ORDER |
| LEARNING PLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 17) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge