IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| CARING HEARTS CHILD CARE & LEARNING PLACE, LLC, JOHNSON'S CHRISTIAN DAYCARE, INC., GARY L. JOHNSON, and FRANCIS E. JOHNSON, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to a hearing on August 18, 2006, for good cause shown,

IT IS ORDERED:

1. Plaintiff's oral motion to set aside the default judgment is granted.

2. The default judgment entered in this action, Filing No. 22, is set aside.

3. Plaintiff's oral motion to dismiss defendants Francis E. Johnson and Gary L. Johnson without prejudice is granted.

4. Defendants Francis E. Johnson and Gary L. Johnson are dismissed without prejudice.

5. Plaintiff's oral motion for leave to amend the complaint is granted.

6. Plaintiff shall file his amended complaint on or before September 1, 2006.

7. Service of the Amended Complaint on all defendants shall be effectuated in accordance with Fed. R. Civ. P. 4.

8. Defendant Gary L. Johnson's motion to dismiss, Filing No. 25, and motion to continue, Filing No. 26, are denied as moot.

DATED this 18th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge