# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA PRINCE,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> CARING HEARTS CHILD CARE & ) <br> LEARNING PLACE, LLC., et al.,  ) <br> ) <br> Defendants.  ) | 8:05CV308 <br><br> ORDER |

This matter is before the court after referral of the matter for progression by Chief Judge Joseph F. Bataillon. **See** Filing No. 41. The matter is now ready to progress. Accordingly, the parties shall, **on or before July 30, 2007**, meet, confer and report to the court in accordance with the Federal Rule of Civil Procedure 26(f) planning requirements.

**IT IS SO ORDERED.**

DATED this 13th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge