**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ANGELA PRINCE,** | ) | |
| | ) | **8:05CV308** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CARING HEARTS CHILD CARE &** | ) | |
| **LEARNING PLACE, LLC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Parties' Stipulated Motion for Leave to File and Extend Time for Filing Rule 26(f) Report (Filing No. 45). The parties have stipulated to an extension for the defendants to file a responsive pleading. The parties have also stipulated to "Meet and Confer" pursuant to Fed. R. Civ. P 26(f). The deadline for the parties' report to the court was August 10, 2007. **See** Filing No. 44. Defense counsel has been out of the office due to health and other personal matters since July 31, 2007 and has been unavailable to meet and confer with counsel for the plaintiff. **See** Filing No. 45. Accordingly, the defendants seek leave to file a responsive pleading on or before August 24, 2007. The parties seek until August 31, 2007 to comply with the meet and confer requirement. Upon consideration,

**IT IS ORDERED:**

1.      The Parties' Stipulated Motion For Leave to File and Extend Time for Filing Rule 26(f) Report is granted.

2.      The defendants shall have to **on or before August 24, 2007**, to answer or otherwise respond to the plaintiff's complaint and the parties shall have **to on or before August 31, 2007** to meet and confer and report to the court pursuant to Fed. R. Civ. P. 26(f).

3.      **No further extensions of the deadline will be granted except on a showing that after an exercise of due diligence by the parties a manifest injustice would occur if a requested extension were not granted.**

DATED this 14th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge