## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANGELA PRINCE,** | ) |
| | )     8:05CV308 |
|         **Plaintiff,** | ) |
| | ) |
|     vs. | )     **ORDER** |
| | ) |
| **CARING HEARTS CHILD CARE &** | ) |
| **LEARNING PLACE, LLC, et al.,** | ) |
| | ) |
|         **Defendants.** | ) |

This matter is before the court *sua sponte.* On July 13, 2007, the court informed the parties of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 42. On August 1, 2007, the court granted the plaintiff's motion to extend the deadline for filing a written report pursuant to Fed. R. Civ. P. 26(f) to August 10, 2007 (Filing No. 44). On August 14, 2007, the court granted the defendants' motion to extend the deadline for filing a written report pursuant to Fed. R. Civ. P. 26(f) to August 31, 2007 (Filing No. 46). As of the close of business on September 10, 2007, no such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before September 21, 2007 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 11th day of September, 2007.

                                                             BY THE COURT:

                                                             s/Thomas D. Thalken
                                                            United States Magistrate Judge