# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANGELA PRINCE** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CARING HEARTS CHILD CARE, LLC, et al.** )<br>)<br>**Defendants.** ) | **8:05CV308**<br><br>**ORDER** |

Upon the oral request of counsel for the defendants and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for March 21, 2008, at 9:00 a.m. is hereby **rescheduled to March 19, 2008, at 10:00 a.m.**

DATED this 17th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge