IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| KIDS ARK LEARNING CENTER, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to proceed in forma pauperis ("IFP") on appeal. Filing No. 89. The plaintiff was represented by counsel in her district court action and does not proceed without authorization as prescribed in Fed. R. App. P. 24(a)(3). Under the Federal Rules of Appellate Procedure, if represented by counsel in the district court, "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court, attaching an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24 (a)(1). The clerk of court will be directed to send a copy of form 4 to the plaintiff for completion. The court will consider the plaintiff's motion once that affidavit is received. Accordingly,

IT IS ORDERED that the clerk of court is directed to send the form captioned "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" to the plaintiff at her last known address.

DATED this 29th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge