IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV308 |
| | ) | |
| v. | ) | |
| | ) | |
| KIDS ARK LEARNING CENTER, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to proceed in forma pauperis ("IFP") on appeal. Filing No. 89. The court ordered plaintiff to file a copy of Form 4 pursuant to Fed. R. App. P. 24(a)(3). Filing No. 94. The plaintiff has done so. Filing No. 97. The court has carefully reviewed Form 4 and the motion to proceed in forma pauperis on appeal. The court notes that the plaintiff makes $2,276.04 (gross) per month, receives some child support per month ($60.00 this month), and has approximately $1,600.00 in expenses per month. The plaintiff has virtually no assets. The court will permit the plaintiff to proceed in forma pauperis in appeal.

ACCORDINGLY, IT IS ORDERED that the plaintiff's motion to proceed on appeal in forma pauperis, Filing No. 89, is granted.

DATED this 9th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge